PETITION OF BENJAMIN STODDARD, 1749

COURT OF VICE ADM^Y  Having heard and Considered the within Petition I appoint M^r Robert Taylor, M^r James Easton and Capt^n John Tillinghast to view and Survey the within mentioned Snow and make report thereof to this Court on Oath.

Newport Oct^r 10th 1749                                    S Wickham Dep^t Judge

COLONY OF RHODE ISLAND ETC.  At a Court of Vice Admiralty held at Newport in the s^d Colony the Thirtieth day of October in the Twenty Third Year of his Majesty's Reign Annoque Domini 1749

Whereas Benjamin Stoddard Master of the Snow Cathrine by his Petition to this Court, hath Set forth that on or about the fourth day of September last he Sail'd in the s^d Snow from the Island of Antigua, bound for London, Laden with Sugars, and that in the prosecution of the said Voiage the s^d Snow became leaky and altogether unfit to Continue at Sea, and that he was therefore obliged, for the preservation of the s^d Vessell, her Cargoe, and the lives of the Men, to put into this Port of Newport and that upon his unlading of s^d Snow at S^d Port She was found in a very bad condition, being very much decay'd and Rotten. and thereupon he the petitioner pray'd that the Court would appoint proper persons to Inspect and Survey her, and make report of her State and condition to this Court. in Compliance to which Request, the Court did Appoint Captain John Tillinghast Merchant and formerly a Shipmaster together with Messieurs Robert Taylor and James Easton Experienc'd Shipwrights: who after having Inspected and Survey'd the said Snow made Report to the Court upon Oath: that they found her so defective that She was not fit to go to Sea and that they found So Small apart of her to be Sound that they Judg'd it would be Imprudent in Captain Stoddard to be at So great an Expence as it would necessarily require to rebuild her: Upon which Report the Petitioner fil'd a motion praying that in as much as the s^d Snow was found by the s^d Surveyers to be Utterly unfit to proceed on her Intended Voiage, and Incapable of being refitted that therefore She might be dispos'd of by order and Decree of this Court; for the benefit of the Owners and Insurers

Wherefore at the Motion and Request of the s^d Benjamin Stoddard and after due consideration had on the premises: I do for causes and purposes afores^d order and Decree that the s^d Snow Cathrine, with her Tackle, Apparrel and Appurtenances be Publickly Sold to the highest bidder by the Marshall of this Court. After his having affixed up Publick Notifications thereof at least Six days before the s^d Sale: and that he the s^d Marchall make a True Return of the s^d Sale, together with the Money arising therefrom into the Registers office of this Court. and I further order that the cost of this Court be paid out of the Amount of S^d Sale.

Samuel Wickham Dep^t Judge

Acc^t of Sales of the Hull of the Snow Catharine with her Tackle, apparel, and Appurtenances as they were sold at a Publick Vendue per order of the Court of Vice Admiralty Newport Nov^r 7th 1749

| | | |
|---|---|---:|
| To Capt^n Mayberry | 1 Large Anchor | £ 123. —. — |
| To W^m Mumford | 1 Ditto | 125. —. — |
| To Capt^n Mayberry | 1 small D^o | 15. —. — |
| To Ditto | a Caboose with the Furniture | 90. —. — |
| To Rob^t Crook | The Snow Catharines Hull | 205. —. — |
| To Walt^r Chaloner | The Masts, Yards and Small Spars | 195. —. — |
| To Ditto | 1 Cable W^g 13-€ 1 gr at £7.15/ | 102.13. 9 |
| To Jn^o Channing | 1 D^o W^g 8-€ 3 gr at £3.10/ | 30.12. 6 |
| To Rob^t Crook | Stan^g Rigging W^g 16-€ 2 gr 6⊖ at £8 | 132. 8. 6 |
| To Walt^r Chaloner | The Running Rigging W^g 23-€ 1 gr 19⊖ at £10:5/ | 240. —.11¾ |
| To Ditto | a Parcell of Blocks | 80. —. — |
| To Rob^t Crook | a parcell of Old Iron | 200. —. — |
| To D^o | Carpenters Stores | 56. —. — |
| To Walt^r Chaloner | Coopers D^o | 14. —. — |
| To Jos: Whipple | Long Boat and Oars | 61. —. — |
| To Walt^r Chaloner | Ship Chandlers Stores | 50. —. — |
| To Ditto | a Try Sail | 18. —. — |
| To Jn^o Banister | 1 Top mast Studding Sail ⎤ 1 Stay Sail 1 Top Gall^t Sail ⎦ | 40. —. — |
| To Ditto | 1 Flying Jibb 1 Fore Stay Sail ⎤ 1 Top mast Sudd^g Sail ⎦ | 42. —. — |
| To Jos^h Whipple | 1 Sprit Sail ⎤ 1 Lower Studd^g Sail ⎦ | 50. —. — |
| To D^o | 1 Fore Sail | 58. —. — |
| To D^o | 1 Fore Top Sail | 41. —. — |
| | Carried forward | £1968:15: 8¾ |
| Sum Bro^t forward | | £1968:15s 8¾ ce |
| To John Banister | 1 Main Sail | 36. —. — |
| To George Wanton | 1 Main Top Sail | 64. —. — |
| To John Banister | 1 D^o | 32. —. — |
| To Walt^r Chaloner | 1 Old fore Sail | 30. —. — |
| To D^o | 1 Old Main Sail ⎤ 1 D^o fore Top Sail ⎦ | 14. —. — |
| To Jos: Scott | Sund^y water Casks and Buoy | 5. 5. — |
| To Walt^r Chaloner, | Bread, Flour, Pork, and Tarpolins | 25. —. — |
| | | £2175. 0. 8¾ |

Deduct my Commissions for Sales
of the Snow Catharine and her Appurtenances
at 2½ per Cent

54. 7. –

£2120.13. 8¾

Newport Rhode Island
Nov$^r$ 22$^d$ 1749
Errors Excepted

Per W$^m$ Mumford D: Marshall.

To the Hon$^{ble}$ Chambers Russel Esq$^r$ Judge of his Majesties Court of Vice Admiralty for the Colony of Rhode Island and in his Absence to his Lawful Deputy. Humbly Moves Benjamin Stoddard now residing in Newport in the County of Newport Late Master of the Snow Catherine That, whereas the said Snow, and her Appurtenances by a Decree of this Hon$^{ble}$ Court, was ordered to be sold, and which Snow and her Appurtenances was accordingly by the Marshal of s$^d$ Court sold, That the Monies arising on the s$^d$ Sale may be lodged with him the s$^d$ Benjamin, he giving good security that the same may be restored to the Owners and Insurers of s$^d$ Snow when they shall demand the same.

J. Honyman, Att pro Stoddard.

Newport Nov$^r$ 23rd 1749
COURT OF VICE ADMIRALTY. Having Consider'd the within Motion: I determine and order that the Register of this Court pay and deliver to the s$^d$ Benjamin Stoddard the Amount of the Sale of the s$^d$ Snow Cathrine and Appurtenances after deduction made of all the Costs and Charges arising thereon. he the s$^d$ Benjamin Stoddard giving bond with Sufficient Sureties to the s$^d$ Register truly and faithfully to Account to the Owners or Insurers of s$^d$ Snow for the Sum he Shall so receive

Samuel Wickham Dep$^t$ Jud